# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU, | ) 1:10cv0421 AWI DLB |
| | ) |
| | ) |
| | ) ORDER DENYING PLAINTIFF'S |
| Plaintiff, | ) MOTION FOR RELIEF |
| | ) |
| v. | ) (Document 11) |
| | ) |
| GEORGE DEUKMEJIAN, et.al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

    Plaintiff Hon Lau ("Plaintiff"), a state prisoner proceeding pro se, filed the this action on March 8, 2010. The Court denied Plaintiff's application to proceed in forma pauperis and dismissed the action on March 29, 2010.

    On May 28, 2010, the Court denied Plaintiff's application to proceed in forma pauperis on appeal, primarily on the basis that his appeal was not taken in good faith.

    On June 21, 2010, Plaintiff filed a document entitled, "Application for Relief from Default." Plaintiff appears to contend that he cannot obtain his trust account statement from the CDCR.

    Plaintiff's applications to proceed in forma pauperis were not denied because they were incomplete. Rather, they were denied because Plaintiff's complaint contained only fanciful,

baseless allegations and he could not appeal the Court's ruling in good faith.  The result would have been the same had Plaintiff submitted his prison trust account statement.

        Accordingly, Plaintiff's application is DENIED.

IT IS SO ORDERED.

Dated:  June 25, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE