# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HON LAU, | ) | 1:10cv0421 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER DENYING MOTION |
| Plaintiff, | ) | FOR RECONSIDERATION |
| | ) | |
| v. | ) | (Document 17) |
| | ) | |
| GEORGE DEUKMEJIAN, et.al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Hon Lau ("Plaintiff"), a state prisoner proceeding pro se, filed the this action on March 8, 2010. The Court determined that the complaint was frivolous and without merit and denied Plaintiff's application to proceed in forma pauperis on March 29, 2010. The Court also dismissed the action as duplicative and entered judgment on March 29, 2010.

On April 9, 2010, Plaintiff filed a notice of appeal. The Court denied Plaintiff's request to proceed in forma pauperis on appeal, finding that his appeal was not taken in good faith. On July 15, 2010, the Ninth Circuit dismissed the appeal.

Plaintiff has continued to file notices of address changes in this action. His most recent address change, dated August 29, 2011, includes the phrase "Motion for Reconsideration" in the caption. However, the document only cites a new address and contains no other information. To the extent Plaintiff attempts to challenge any orders in this action, his motion is DENIED.

1 |     Plaintiff is also advised that this action is closed and he does not need to continue to
2 | update his address.
3 |     IT IS SO ORDERED.
4 | **Dated:**   **August 30, 2011**           /s/ **Dennis L. Beck**
                                                                                  UNITED STATES MAGISTRATE JUDGE